# United States Court of Appeals
## For the First Circuit

Nos. 14-1963
     14-1964
     14-2074

UNITED STATES OF AMERICA,

Appellee, Cross-Appellant,

v.

DAVID E. GORSKI,

Defendant, Appellant, Cross-Appellee,

LEGION CONSTRUCTION, INC.,

Interested Party, Appellant, Cross-Appellee.

ERRATA SHEET

The opinion of this Court issued on December 9, 2015, is amended as follows:

On the cover sheet, line 15, "CONSTUCTION" is replaced with "CONSTRUCTION".

On page 16, footnote 3, line 34, "provides" is replaced with "provide".